B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Tin Man Snacks, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**45-1497393** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**351 Harrod Blvd.**<br>**Dayton, NJ**          ZIP Code **08810** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **6227 Northwind Parkway**<br>**Hobart, IN 46242** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                         Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tin Man Snacks, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

             _____
             (Name of landlord that obtained judgment)

             _____
             (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tin Man Snacks, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ David H. Stein, Esq.**
Signature of Attorney for Debtor(s)

**David H. Stein, Esq. DS-8514**
Printed Name of Attorney for Debtor(s)

**Wilentz, Goldman & Spitzer, P.A.**
Firm Name

**90 Woodbridge Center Drive**
**P.O. Box 10**
**Woodbridge, NJ 07095**

Address

**732-636-8000  Fax: 732-855-6117**
Telephone Number

**July 17, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Vincent Mastria**
Signature of Authorized Individual

**Vincent Mastria**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 17, 2013**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Tin Man Snacks, LLC**                                                                  Case No.
                                          Debtor(s)                                              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Akers Packaging** <br> **1037 East 87th Street** <br> **Chicago, IL 60619** | **Akers Packaging** <br> **1037 East 87th Street** <br> **Chicago, IL 60619** | **Packaging supplies** | | **12,155.00** |
| **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096** | **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA 90096** | | | **26,000.00** |
| **California Nuggets** <br> **23073 South Frederick Road** <br> **Ripon, CA 95366** | **California Nuggets** <br> **23073 South Frederick Road** <br> **Ripon, CA 95366** | **Raw materials** | | **23,000.00** |
| **Chrobinson Worldwide** <br> **1840 N Marcey** <br> **Chicago, IL 60614** | **Chrobinson Worldwide** <br> **1840 N Marcey** <br> **Chicago, IL 60614** | **Freight** | | **109,810.60** |
| **Coburn, Inc.** <br> **P.O. Box 447** <br> **Ashland, OH 44805** | **Coburn, Inc.** <br> **P.O. Box 447** <br> **Ashland, OH 44805** | **Raw materials - packaging** | | **60,874.67** |
| **DVA Assoc., Inc.** <br> **P.O. Box 445** <br> **Ripon, CA 95366** | **DVA Assoc., Inc.** <br> **P.O. Box 445** <br> **Ripon, CA 95366** | **Consulting fees** | | **14,004.45** |
| **E. Ernst & Associates** <br> **3475 Burr Street** <br> **Gary, IN 46406** | **E. Ernst & Associates** <br> **3475 Burr Street** <br> **Gary, IN 46406** | **Equipment installtion** | | **30,692.63** |
| **Fona International** <br> **1900 Averill Road** <br> **Geneva, IL 60134** | **Fona International** <br> **1900 Averill Road** <br> **Geneva, IL 60134** | **Raw materials laboring** | | **19,098.16** |
| **Imperial Packing Corp.** <br> **601 North Skokie Blvd.** <br> **Northbrook, IL 60062** | **Imperial Packing Corp.** <br> **601 North Skokie Blvd.** <br> **Northbrook, IL 60062** | **Raw materials -packaging** | | **67,865.47** |
| **Kimmie Candy** <br> **525 Reactor Way** <br> **Reno, NV 89502** | **Kimmie Candy** <br> **525 Reactor Way** <br> **Reno, NV 89502** | **Raw materials - candy** | | **78,015.00** |
| **Logic Packaging** <br> **P.O. Box 22** <br> **Lawrence, MI 49064** | **Logic Packaging** <br> **P.O. Box 22** <br> **Lawrence, MI 49064** | **Supplies** | | **39,515.29** |
| **Midwest Retail Solutions** <br> **6160 Owen Court** <br> **Demotte, IN 46310** | **Midwest Retail Solutions** <br> **6160 Owen Court** <br> **Demotte, IN 46310** | **Consulting fees** | | **25,196.16** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Tin Man Snacks, LLC**                                                                            Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Morison Farms**<br>**Rural Route 1**<br>**Box 50A**<br>**Clearwater, NE 68726** | **Morison Farms**<br>**Rural Route 1**<br>**Box 50A**<br>**Clearwater, NE 68726** | **Raw materials - popcorn** | | 80,400.00 |
| **Packaging Concepts, Inc.**<br>**9832 Evergreen Industrial Drive**<br>**Saint Louis, MO 63123** | **Packaging Concepts, Inc.**<br>**9832 Evergreen Industrial Drive**<br>**Saint Louis, MO 63123** | **Raw material** | | 25,702.91 |
| **Packaging Equipment, Inc.**<br>**4350 Crosscreek Trail**<br>**Cumming, GA 30041** | **Packaging Equipment, Inc.**<br>**4350 Crosscreek Trail**<br>**Cumming, GA 30041** | **Equipment lease center** | | 33,000.00 |
| **Popcorn Alley**<br>**c/o Barcelona Nut Company**<br>**502 S. Mount Street**<br>**Baltimore, MD 21223** | **Popcorn Alley**<br>**c/o Barcelona Nut Company**<br>**502 S. Mount Street**<br>**Baltimore, MD 21223** | **Finished goods - popcorn** | | 62,896.00 |
| **South Haven Packaging, Inc.**<br>**73475 8th Avenue**<br>**South Haven, MI 49090** | **South Haven Packaging, Inc.**<br>**73475 8th Avenue**<br>**South Haven, MI 49090** | **Packaging supplies** | | 12,442.27 |
| **Staff Source**<br>**2500 165 Street**<br>**Hammond, IN 46320** | **Staff Source**<br>**2500 165 Street**<br>**Hammond, IN 46320** | **Personnel** | | 327,599.57 |
| **Tee Lee Popcorn, Inc.**<br>**101 W. Badger Street**<br>**Shannon, IL 61078** | **Tee Lee Popcorn, Inc.**<br>**101 W. Badger Street**<br>**Shannon, IL 61078** | **Trade debt** | | 1,016,502.57 |
| **Transilwrap Company**<br>**2434 Momentum Place**<br>**Chicago, IL 60689** | **Transilwrap Company**<br>**2434 Momentum Place**<br>**Chicago, IL 60689** | **Packaging supplies** | | 23,307.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 17, 2013**                              Signature  **/s/ Vincent Mastria**
                                                                                           **Vincent Mastria**
                                                                                           **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
A&B Freight Lines
P.O. Box 6026
Rockford, IL 61125


Advanced Industrial Resources
P.O. Box 146
Oshtemo, MI 49077


Advanced Web-U.S. Converting
393 Joseph Drive
South Elgin, IL 60177


Akers Packaging
1037 East 87th Street
Chicago, IL 60619


Allied Waste
P.O. Box 9001099
Louisville, KY 40290


AMA Engineering
227 State Road
Westport, MA 02790


American Express
P.O. Box 0001
Los Angeles, CA 90096


American Sales Consultants
c/o Jay Udell
1805 215th Street
Suite 4F
Bayside, NY 11360


Amerigas
P.O. Box 371473
Pittsburgh, PA 15250


Antibus Scales & Systems, Inc.
4809 Illinois Road
Fort Wayne, IN 46804


Archer Daniels Midland Co.
1099 West Wood Street
Decatur, IL 62522
```

```
Atlas First Access
5050 N. River Road
Schiller Park, IL 60176


Bartolomei Pucciarelli, LLC
2564 Brunswick Pike
Lawrence Township, NJ 08648


Belmark
P.O. Box 5310
De Pere, WI 54115


Brim Halls Foods
P.O. Box 34185
Bartlett, TN 38184


Bud Insurance Agency
615 W. Third Street
Hobart, IN 46342


California Nuggets
23073 South Frederick Road
Ripon, CA 95366


Cardinal Office Products
P.O. Box 5809
Lafayette, IN 47903


Chicago Suburban Express (CSX)
P.O. Box 388568
Chicago, IL 60638


Chrobinson Worldwide
1840 N Marcey
Chicago, IL 60614


Clear Image, Inc.
4949 Windplay Drive
Suite 100
El Dorado Hills, CA 95762


Coburn, Inc.
P.O. Box 447
Ashland, OH 44805
```

Consolidated Packaging
30 Bergen Turnpike
Ridgefield, NJ 07760


Creative Co-Packing Solutions, LLC
200 South Elm Street
Scottville, MI 49454


Crestmark Bank
5480 Corporate Drive
Suite 350
Troy, MI 48098


Crossroads Financial, LLC
6800 Broken Sound Parkway
Suite 301
Boca Raton, FL 33487


Cyber Graphics
3825 Delp Street
Memphis, TN 38118


Don Levy Laboratories
11165 Delaware Parkway
Crown Point, IN 46307


DSC Integrated Logistics
2137 Paysphere
Chicago, IL 60674


DVA Assoc., Inc.
P.O. Box 445
Ripon, CA 95366


E. Ernst & Associates
3475 Burr Street
Gary, IN 46406


Edward J. Mitchell, Esq.
110 North Broad Street
Lanark, IL 61046

```
Ensign Overseas USA LTD
8800 Boulevard East
Suite 4A
North Bergen, NJ 07047


Express Freight Systems
20 Murray Hill Parkway
Suite 270
East Rutherford, NJ 07073


Flexpac
3310 Middlebury Street
Elkhart, IN 46516


Fona International
1900 Averill Road
Geneva, IL 60134


Franklin Pest Solutions
664 State Street
Hammond, IN 46320


Frontier 38125
Frontier Communications
P.O. Box 7000
Hayden, ID 83835


Frontier 39125
Frontier Communications
P.O. Box 7000
Hayden, ID 83835


George Pappas
Harrison Place, Suite 300
919 South Harrison Street
Fort Wayne, IN 46802


Great Lakes Corporation
6575 Daniel Burnham Drive
Suite F
Portage, IN 46368


Gulf Great Lakes Packaging
1040 Maryland Avenue
Dolton, IL 60419
```

```
Gulf- Great Lakes
1040 Maryland Avenue
Dolton, IL 60419


Hapman
6002 E. Kilgore Road
P.O. Box 2321
Kalamazoo, MI 49048


HLPM Distribution, LLC
1275 Bloomfield Avenue
B1 U5
Fairfield, NJ 07004


HMC Products
5196 27th Avenue
Rockford, IL 61109


Huizhou First Light Plastic
74 Jin Long Road
Jin Kou District
Huizhou Guandong China


Imperial Packing Corp.
601 North Skokie Blvd.
Northbrook, IL 60062


Indiana American Water
P.O. Box 94551
Palatine, IL 60094


Indiana Department of Revenue
100 N. Senate Avenue
Suite N248
Corporate Taxes
Indianapolis, IN 46204


Indiana Pallet Co.
P.O. Box 398
East Chicago, IN 46312


Industrial Pallet Corp.
4 North New York Street
P.O. Box 220
Remington, IN 47977
```

```
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


Internal Revenue Service
575 N. Pennsylvania Street, #527
Indianapolis, IN 46204


IRS - United States of America
Special Procedures - Bankruptcy
P.O. Box 744
Springfield, NJ 07081


J&L Fasteners
6944 Parish Avenue
Hammond, IN 46323


Kathy Jancosek



Kimmie Candy
525 Reactor Way
Reno, NV 89502


Kopy Kats
3988 W. State Road 10
Wheatfield, IN 46392


Kraft Chemical
1975 N. Hawthorne
Melrose Park, IL 60160


Landes Trucking
P.O. Box 1152
Jacksonville, IL 62651


Link Environmental Equipment
918 Noth US Highway 35
P.O. Box 158
Winamac, IN 46996


Link Rental Company
918 North U.S. Highway 35
P.O. Box 158
Winamac, IN 46996
```

```
Logic Packaging
P.O. Box 22
Lawrence, MI 49064


Lundquist Graphics
1957 Pawlisch Drive
Rockford, IL 61112


Martin Security Systems, Inc,
P.O. Box 1517
Valparaiso, IN 46384


Master Tape & Label Printers
4517 N. Elston Avenue
Chicago, IL 60630


McMaster Carr
P.O. Box 94930
Aurora, OH 44202


Merrillville Conservancy District
6251 Broadway
Merrillville, IN 46410


Microbac
100 Marshall Drive
Warrendale, PA 15086


Midwest Retail Solutions
6160 Owen Court
Demotte, IN 46310


Monmouth Telecom
10 Dr. James Parker Blvd.
Suite 110
Red Bank, NJ 07701


Morison Farms
Rural Route 1
Box 50A
Clearwater, NE 68726


Multi Plastics, Inc.
7770 North Central Drive
Lewis Center, OH 43035
```

```
Opportunity Enterprises
2801 Evans Avenue
Valparaiso, IN 46383


Packaging Concepts, Inc.
9832 Evergreen Industrial Drive
Saint Louis, MO 63123


Packaging Equipment, Inc.
4350 Crosscreek Trail
Cumming, GA 30041


Polycon Industries & Crown
8919 Colorado Street
Merrillville, IN 46410


Popcorn Alley
c/o Barcelona Nut Company
502 S. Mount Street
Baltimore, MD 21223


Preferred Popcorn, LLC
1132 9th Road
Chapman, NE 68827


Print Jet
2421 N. Court Street
Rockford, IL 61103


PSNC, Inc.
P.O. Box 67
5952-56 Keystone Drive
Bath, PA 18014


SGS
Systems & Certification
201 Route 17 North
Rutherford, NJ 07070


South Haven Packaging, Inc.
73475 8th Avenue
South Haven, MI 49090
```

```
Staff Source
2500 165 Street
Hammond, IN 46320


State of New Jersey
c/o Attorney General
Division of Law - Treasury Section
25 W. Market Street, Box 106
Trenton, NJ 08625


State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695


Steiner
1600 Northwind Parkway
Hobart, IN 46342


Tee Lee Popcorn, Inc.
101 W. Badger Street
Shannon, IL 61078


Telephone Systems & Services, Inc.
266 Lake Avenue
Metuchen, NJ 08840


Toyota Motor Credit Corporation
P.O. Box 3457
Torrance, CA 90510


Transilwrap Company
2434 Momentum Place
Chicago, IL 60689


Uline Shipping
2200 S. Lakeside Drive
Waukegan, IL 60085


UPS Freight
P.O. Box 1216
Richmond, VA 23218
```

```
UPS Package Freight
1000 Semmes Avenue
P.O. Box 1216
Richmond, VA 23218


Vision Packaging & Graphics
P.O. Box 2972
2001 Fulford Street
Kalamazoo, MI 49003


Wegener Steel and Fabricating
906 Evans Avenue
Valparaiso, IN 46383


Wehrle Trucking, Inc.
Rr1 Box 41
Lynnville, IA 50153
```

# United States Bankruptcy Court
### District of New Jersey

In re  **Tin Man Snacks, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tin Man Snacks, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 17, 2013**
Date

**/s/ David H. Stein, Esq.**
**David H. Stein, Esq.**
Signature of Attorney or Litigant
Counsel for **Tin Man Snacks, LLC**
**Wilentz, Goldman & Spitzer, P.A.**
**90 Woodbridge Center Drive**
**P.O. Box 10**
**Woodbridge, NJ 07095**
**732-636-8000 Fax:732-855-6117**