

**WILENTZ, GOLDMAN & SPITZER P.A.**

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6126
Direct Fax: (732) 726-6570
Email**: dstein@wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

FREDERIC K. BECKER[2]
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BARRY A. COOKE
JON G. KUPILIK

PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2,3]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
DAVID P. PEPE
JOHN E. HOGAN[2]
EVERETT M. JOHNSON[2]
DANIEL R. LAPINSKI[3,3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]
KELLY A. ERHARDT-WOJIE[3]
ALEX LYUBARSKY[2]
ELLEN TORREGROSSA-O'CONNOR

**OF COUNSEL**
ALAN B. HANDLER[5]
FRANCIS V. BONELLO
BRUCE M. KLEINMAN[2,5]

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BARBARA J. KOONZ[3,10]
FRANCINE E. TAJFEL[2]
EDWARD J. ALBOWICZ[2]
ELIZABETH C. DELL[2]
ROBERT L. SELVERS[2]
MICHAEL J. WEISSLITZ
JOHN P. MURDOCH II

**ASSOCIATES**
LINDA LASHBROOK
ALBERTINA WEBB[2]
MARY H. SMITH
STEPHANIE D. GIRONDA
GREGORY D. SHAFFER[2]◁
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED[2]
MATTHEW SKOLNIK[3]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
JAMIE M. BENNETT[2]
KEITH L. HOVEY[2,3]
JOSEPH J. RUSSELL, JR.[2]
EMILY D. VAIL[2,4]

CHERYL. E. CONNORS
ANTHONY WILKINSON[2]
JAY B. FELDMAN[2]
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA[2,10]
RACHEL C. HEINRICH[3]
GLENN P. PRIVES[2]
ANNEMARIE T. GREENAN[3]
ERIC M. FINKELSTEIN[2]
NANOR L. TERJANIAN[2]
ANDREW GROUS[2,3]
MEGAN E. BEDELL[2]
BRIDGET V. KANE
EMILY M. PHELAN[3]

◁ Certified Civil Trial Attorney
□ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

August 16, 2013

*Via ECF*

Honorable Kathryn C. Ferguson
United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

Re: **Tin Man Snacks, LLC**
**Chapter 11/Case No.: 13-25626 (KCF)**

Dear Judge Ferguson:

This letter will confirm that the hearings for the matters referenced below, previously scheduled for August 20, 2013 at 11:00 a.m., have been adjourned to August 20, 2013 **at 2:30 p.m.**:

(a) Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and Federal Rule of Bankruptcy Procedure 4001: (1) authorizing the Debtor to obtain post-petition financing;(2) granting liens and superpriority claims; (3) authorizing use of cash collateral and providing adequate protection; (4) scheduling an interim and final hearing pursuant to Bankruptcy Rule 4001; and (5) granting other related relief (the "Motion");

(b) Motion for Entry of an Order: (1) Authorizing the Debtor's Interim and Final Use of Cash Collateral Pursuant to 11 U.S.C. §§ 361 and 363 and Granting Adequate Protection, and (2) Scheduling a Final Hearing Pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001.

#7079657.1



August 16, 2013
Page 2

In addition the hearing on the following motion, previously scheduled for August 20, 2013 at 2:00 p.m., has been adjourned to August 20, 2013 **at 2:30 p.m**.:

(a) Motion for an Order Authorizing the Debtor to Pay or Honor Prepetition Obligations to Certain Critical Vendors.

If Your Honor should have any questions or concerns, please do not hesitate to have a member of your staff contact me.

Respectfully,

*/s/ David H. Stein*
David H. Stein

DHS/
Enclosure
cc:  Client *(via e-mail)*
David Wolfe, Esq. *(via e-mail)*
Jeffrey Sponder, Esq. *(via e-mail)*
Thomas E. Coughlin, Esq. *(via e-mail)*
Timothy P. Neumann, Esq. *(via e-mail)*
All Parties in the Attached Service List (via regular mail)

#7079657.1



August 16, 2013
Page 3

## SERVICE LIST

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

## SECURED CREDITORS

Crestmark Bank
5480 Corporate Drive
Suite 350
Troy, MI  48098

Crossroads Financial, LLC
6800 Broken Sound Parkway
Suite 301
Boca Raton, FL  33487

Gulf Great Lakes Packaging
1040 Maryland Avenue
Dolton, IL  60419

Toyota Motor Credit Corporation
19001 S. Western Avenue
Torrance, CA  90501

## 20 LARGEST UNSECURED CREDITORS

Akers Packaging
1037 East 87th Street
Chicago, IL  60619

American Express
401 East 2nd Street
Los Angeles, CA  90012

California Nuggets
23073 South Frederick Road
Ripon, CA  95366



August 16, 2013
Page 4

Chrobinson Worldwide
1840 N. Marcey
Chicago, IL  60614

Coburn, Inc.
636 Ashland County Road 30a
Ashland, OH  44838

DVA Assoc., Inc.
343 Granite Way
Ripon, CA  95366

E. Ernst & Associates
3475 Burr Street
Gary, IN  46406

Fona International
1900 Averill Road
Geneva, IL  60134

Imperial Packing Corp.
601 North Skokie Blvd.
Northbrook, IL  60062

Kimmie Candy
525 Reactor Way
Reno, NV  89502

Logic Packaging
1498 E. Empire Avenue
Benton Harbor, MI  49022

Midwest Retail Solutions
6160 Owen Court
Demotte, IN  46310

Morison Farms
85824 519th Avenue
Clearwater, NE  68726

Packaging Concepts, Inc.
9832 Evergreen Industrial Drive
Saint Louis, MO  63123

#7079657.1

**WILENTZ**
WILENTZ, GOLDMAN & SPITZER P.A.

August 16, 2013
Page 5

Packaging Equipment, Inc.
4350 Crosscreek Trail
Cumming, GA  30041

Popcorn Alley
c/o Barcelona Nut Company
502 S. Mount Street
Baltimore, MD  21223

South Haven Packaging, Inc.
73475 8th Avenue
South Haven, MI  49090

Staff Source
2500 165 Street
Hammond, IN  46320

Tee Lee Popcorn, Inc.
101 W. Badger Street
Shannon, IL  61078

Transilwrap Company
9201 W. Belmont Avenue
Franklin Park, IL 60131

**TAXING AUTHORITIES**
Indiana Department of Revenue
100 N. Senate Avenue, Suite N248
Corporate Taxes
Indianapolis, IN  46204

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C.  20224

Internal Revenue Service
575 N. Pennsylvania Street, #527
Indianapolis, IN  46204

IRS- United States of America

#7079657.1



August 16, 2013
Page 6

Special Procedures – Bankruptcy
955 S. Springfield Avenue
Springfield, NJ  07081

State of New Jersey
c/o Attorney General
Division of Law – Treasury Section
25 W. Market Street, Box 106
Trenton, NJ  08625

State of New Jersey
Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ  08695

**ADDITIONAL NOTICE PARTIES**

David Wolff, Esq.
Law Offices of David Wolff, LLC
396 Route 34
Matawan, NJ  07747
*Attorney for Crossroads Financial*

Thomas E. Coughlin, Esq.
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034
*Attorney for Crestmark Bank*

Timothy P. Neumann
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, NJ  08736
Attorney for Vincent Mastria and Charles Fern

#7079657.1